COLIN L. COOPER, C.S.B. #144291
KELLIN R. COOPER, C.S.B. #172111
DUSTIN GORDON, C.S.B. #205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JAMES HOLLOWAY

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 99-CR-40169 SBA |
| Plaintiff, | STIPULATED SENTENCE |
| vs. | Honorable Sandra Brown Armstrong |
| JAMES HOLLOWAY, | |
| Defendant. | |

On March 21, 2012, James Holloway was sentenced to eleven months for a supervised release violation in case no. 00-cr-40223. By stipulation of the parties it is agreed that the sentence imposed in case no. 00-cr-40223, should also be imposed in case no. 99-cr-40169. The sentence imposed in 99-cr-40169 will be concurrent with the sentence imposed in case no. 00-cr-40223.

Thus, in case no. 99-cr-40169 Mr. Holloway will be sentenced to eleven months and fourteen months of supervised release. All other terms imposed in case no. 00-cr-40223 shall be imposed in 99-cr-40169. The effective date of this sentence will be March 21, 2012.

| | |
|---|---|
| Dated: May 8, 2012 | COOPER LAW OFFICES |
| | /s/ Dustin Gordon<br>Attorneys for Defendant<br>JAMES HOLLOWAY |
| Dated: 6/20/12 | *James Holloway* (signature)<br>James Holloway |
| DATED: May 8, 2012 | /S/<br>WILLIAM GULLOTTA<br>Special Assistant United States Attorney |

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED in case no. 99-cr-40169 Mr. Holloway will be sentenced to eleven months and fourteen months of supervised release. All other terms imposed in case no. 00-cr-40223 shall be imposed in 99-cr-40169. The effective date of this sentence will be March 21, 2012.

DATED: 11/2/12

*Saundra B. Armstrong* (signature)
SAUNDRA BROWN ARMSTRONG
District Judge
United States District Court

2